# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 29, 2011

142249

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                    SC: 142249
                                    COA: 300325
                                    Wayne CC: 09-015155-FC

PAMELA RENEE BAEZ,
         Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the November 4, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 29, 2011                                            

0321                                                    Clerk